UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC,<br><br>Plaintiff,<br>v.<br>SIZE UP SUPPLEMENTS LLC, *et al*.<br><br>Defendants. | Case No. 2:18-cv-00132-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Extend Deadlines of the Scheduling Order (ECF No. 28), filed July 19, 2018. Upon review and consideration and with good cause appearing therefor, the Court shall grant Defendant's requests to extend discovery deadlines. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Deadlines of the Scheduling Order (ECF No. 28) is **granted**. The following dates shall apply:

1. Last date to complete discovery: **October 5, 2018**
2. Last date to file interim status report: **August 6, 2018**
3. Last date to disclose experts: **August 6, 2018**
4. Last date to disclose rebuttal experts: **September 6, 2018**
5. Last date to file dispositive motions: **November 5, 2018**
6. Last date to file joint pretrial order: **December 5, 2018**

Dated this 26th day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1