Robert Tauler (*Pro Hac Vice*)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927
Email: rtauler@taulersmith.com

Attorneys for Plaintiff
NUTRITION DISTRIBUTION, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SIZE UP SUPPLEMENTS LLC, a Michigan limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:18-cv-00132-RFB-GWF**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Nutrition Distribution, LLC, an Arizona limited liability company on the one hand, and Defendant Size Up Supplements LLC, a Michigan limited liability company on the other, through their respective counsels of record, hereby stipulate to dismiss this action with prejudice, pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii).

Respectfully submitted this 5th day of March, 2019.

| TAULER SMITH LLP | AARON M. GOLDSMITH, ESQ. |
|---|---|
| By: */s/Robert Tauler* <br> Robert Tauler, Esq. <br> 626 Wilshire Blvd., Suite 510 <br> Los Angeles, CA 90017 <br> *Attorney for Plaintiff* <br> *Nutrition Distribution, LLC* | */s/Aaron M. Goldsmith* <br> Aaron M. Goldsmith, Esq. <br> 225 Broadway, Suite 715 <br> New York, NY 10007 <br> *Attorney for Defendant* <br> *Size Up Supplements LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of March, 2019.

**STIPULATION TO DISMISS WITH PREJUDICE**